**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**Case No. 24-cv-22958-BLOOM/Torres**

CARLOS BRITO,

Plaintiff,

v.

ABRAMS-LLEWELLYN II LLC,

Defendant.
_________________________________/

## ORDER OF DISMISSAL WITH PREJUDICE

**THIS CAUSE** is before the Court upon the parties' Stipulation for Dismissal with Prejudice, ECF No. [12] ("Stipulation"), filed on September 16, 2024. The Court has carefully reviewed the Stipulation, the record in this case, and is otherwise fully advised.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. The Stipulation, **ECF No. [12]**, is **APPROVED**;
2. The above-styled case is **DISMISSED WITH PREJUDICE**;
3. Each party shall bear its own attorneys' fees and costs except as indicated in the settlement agreement;
4. To the extent not otherwise disposed of, all pending motions are **DENIED AS MOOT** and all deadlines are **TERMINATED**;
5. The Clerk of Court is directed to **CLOSE** this case.

**DONE AND ORDERED** in Chambers at Miami, Florida, on September 16, 2024.

______________________________
**BETH BLOOM**
**UNITED STATES DISTRICT JUDGE**

Copies to: Counsel of Record